Tuluris Busbaum, Appellant, v. Glenn A. Schwartz, Appellee.

Gen. No. 48,194. 

First District, Second Division.

February 21, 1961.

Max Rattner, of Chicago, for appellant; Stanley Werdell, of Chicago, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**